IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

COREY B. MINCEY,

    Plaintiff,

vs.

CO II SCOTT AMMONS;
Capt. KENNETH SUMMERS;
Warden CALVIN MORTON, and
CORNELL CORRECTIONS OF
GEORGIA, L.P.,

    Defendants.

CIVIL ACTION NO.: CV505-043

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion for Summary Judgment, as amended, filed by Defendants Summers and Morton is **DENIED**.

SO ORDERED, this 18th day of DECEMBER, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)