IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN -8  A 10: 43

| | |
|---|---|
| **COREY B. MINCEY;** | **CIVIL ACTION NO.:** |
| Plaintiff, | CV 505-043 |
| Vs. | |
| **SCOTT AMMONS;** <br> **KENNETH SUMMERS;** <br> **WARDEN CALVIN MORTIN;** <br> **CORNELL CORRECTIONS OF GEORGIA, L.P.,** | |
| Defendants. | |

## ORDER

The Motion for Leave and to Extend Time for Plaintiff to Respond to the Order of the Court, December 18, 2006, having been filed and considered, it is herby ORDERED that the Motion is GRANTED and the time for filing of Plaintiff's response to the Order of the Court, December 18, 2006, is hereby extended for fifteen (15) days until January 18, 2007.

SO ORDERED this _8th_ day of January, 2007.

James E. Graham
United States Magistrate Judge
United States District Court
for the Southern District of Georgia